### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SALAJO LLC, a Texas limited liability company | § § § | Civil Action No. 4:14-cv-2331 |
| *Plaintiff,* | § § | JURY DEMANDED |
| v. | § § | |
| SALINAS SALSA, CO. LLC, a Texas Limited liability company | § § § | |
| *Defendants.* | § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Salajo LLC ("Salajo") files this its certificate of interested parties disclosing all persons or entities that are financially interested in the outcome of this litigation:

Salajo LLC

Members of Salajo LLC:
        Kenneth Marc Salinas
        Charisse Coffman Jones
        Maura Lynn Salinas
        Douglas Brooks Jones

Salinas Salas, Co., LLC

Known Member of Salinas Salsa, Co. LLC:
        Shane Salinas

There are no parent corporations or publicly held corporations that own 10% or more of the stock of Plaintiff Salajo LLC. Plaintiff does not believe that any of the above entities are publicly traded.

August 31, 2014

Respectfully submitted,

EWING & JONES, PLLC

Keith Jaasma
State Bar No. 00794014
S.D. Texas No. 20586
*kjaasma@ewingjones.com*
6363 Woodway Suite 1000
Houston, TX  77057
Tel. (713) 590-9675
Fax. (713) 590-9602

ATTORNEY FOR PLAINTIFF,
SALAJO LLC

## CERTIFICATE OF SERVICE

I certify that a copy of the above pleading was served upon the below counsel, who has identified herself as counsel for Defendants via electronic mail on August 31, 2014 as follows:

Ms. Katie Sunstrom
Lorance & Thompson, P.C.
2900 North Loop West, Suite 500
Houston, TX 77092
ks@lorancethompson.com

Keith Jaasma

2